U.S. DISTRICT COURT – N.D. OF N.Y.
FILED
Sep 6 - 2026
John M. Domurad, Clerk



# UNITED STATES DISTRICT COURT

for the

__________ District of __________

__________ Division

Crystal N. Shalhoub

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**-v-**

SUNY Fulton Montgomery Community College and General of Mayfield, NY and FMCC Student and Soldier Byren Bellen and Hisself Byren Bellen

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. **1:26-cv-1694 (AJB/PJE)**
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☐ Yes ☐ No

## COMPLAINT FOR A CIVIL CASE ALLEGING NEGLIGENCE
**(28 U.S.C. § 1332; Diversity of Citizenship)**

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Crystal N Shalhoub |
| Street Address | 165 Lathrop Road |
| City and County | Gloversville, Fulton |
| State and Zip Code | NY 12078 |
| Telephone Number | 518-921-5443 |
| E-mail Address | shalhoubcrystal@gmail.com |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | SUNY Fulton Montgomery Community College |
| Job or Title *(if known)* | NA |
| Street Address | 2805 Rt 67 |
| City and County | Johnstown, Fulton |
| State and Zip Code | NY 12095 |
| Telephone Number | 518-736-3622 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | Byren Bellen |
| Job or Title *(if known)* | Student and Soldier to my knowledge of 1997-1998 |
| Street Address | NA |
| City and County | NA |
| State and Zip Code | NA |
| Telephone Number | NA |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | The American Mililtary |
| Job or Title *(if known)* | Junior Military General of my Own from Summer1997-Indefinite, nc |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Under 28 U.S.C. § 1332, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000. In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff. Explain how these jurisdictional requirements have been met.

### A. The Plaintiff(s)

1. If the plaintiff is an individual

   The plaintiff, *(name)* Crystal N. Shalhoub, is a citizen of the State of *(name)* New York.

2. If the plaintiff is a corporation

   The plaintiff, *(name)* NA, is incorporated under the laws of the State of *(name)* NA, and has its principal place of business in the State of *(name)* NA.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

### B. The Defendant(s)

1. If the defendant is an individual

   The defendant, *(name)* Byren Bellen if Alive or In the Country of USA, is a citizen of the State of *(name)* __________. Or is a citizen of *(foreign nation)* __________.

2. If the defendant is a corporation

   The defendant, *(name)* FMCC, is incorporated under the laws of the State of *(name)* New York, and has its principal place of business in the State of *(name)* New York. Or is incorporated under the laws of *(foreign nation)* __________, and has its principal place of business in *(name)* SUNY New York.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

### C. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

Indefinite and Files Computational and Physical that are incorrect or put someone to fight an Adult calling another under 18 in an action they were not in or leading to misdiagnoses of psychiatric sorts and misallottments of things. Reputation value. Character value.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

On *(date)* 09/06/2026 , at *(place)* Fulton Montgomery Community College ,

the defendant(s): (1) performed acts that a person of ordinary prudence in the same or similar circumstances would not have done; or (2) failed to perform acts that a person of ordinary prudence would have done under the same or similar circumstances because *(describe the acts or failures to act and why they were negligent)*

In FallJunior Military I joined in New York at age 17 in Summer and went to Jason Fox's apartment on 5th St, 2FL, Gloversville, NY. I was on campus and knew I had problems with some Mayfield Peers someone stating they're "soldiers" which can mean multitudes of things. One day I was going through things on a computer. I had been offered a Scholarship to FMCC in 6/1997 that expired and I still wanted my spot to look good on my Resume, and show honor that I had won that before. Some people showed on a computer and I was avoiding things about Mayfield and Other Students and Athletes there because I did something over the Summer to try to graduate somewhere else when fought before it. A person showed on the screen seeming female with shoulder

The acts or omissions caused or contributed to the cause of the plaintiff's injuries by *(explain)*

Claims to do actions that ruined my record that would lead me to be maltreated if in debt or in legal trouble. Nude rape occured, and pain physically. Mental damange and emotional disturbance with feeling of neurological damage to hear things and be belittled about not knowing about security things or military things and servence. Possible legal bills paid for by Shalhoub Family of Joseph A Shalhoub and college withdrawals and job walk outs from mental and emotional problem not from birth or geneological sort.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Damages of monetary value not assessed. I want the computational and physical files repaired. My Immediate Family: Brenda E Shalhoub, late Joseph A Shalhoub and Sibling(s) were not taught to be frequent law breakers and skip things. We did not expect to be left begging and punched every day for more than two days. We did not expect to live up to a peer or soldier's expectations against government to look like fools. We do not hate government and are not taught to hate government. We trust in government and do not often critique it in America. That is why I am not a politician or my parents. If exploit went on of nudity and learning disorders assumend in 1998 I would like monetary damages paid out from the Group leading it at the college or their military base. I would like monetary damages for transcript inconsistencies and whereabouts inconsistencies of 1997-1998. I think the current Governor of 2023-2026 noticed something about this situation because they looked like the person Mrs. Courtney and I heard something like a Breach of someone's security and felt I had to report it to the FBI and especially in 2023-2024 when I lived at Stonequist in Saratoga, NY then it didn't stop, warnings to turn self in, warnings not to go places and warnings that frightened me. Referrals the soldier knew relatives of both my parents and didn't know us or what his land was about typing over things of time from mostly Warren County to show off relationships with people I was not close to or working for.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 09/06/2026

Signature of Plaintiff [signature]

Printed Name of Plaintiff Crystal N. Shalhoub

### B. For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address



Print Save As... Add Attachment Reset

**Defendant No. 3, Job or Title (continued):**
Junior Military General of my Own from Summer1997-Indefinite, no record found

**III. Statement of Claim (continued):**
In FallJunior Military I joined in New York at age 17 in Summer and went to Jason Fox's apartment on 5th St, 2FL, Gloversville, NY. I was on campus and knew I had problems with some Mayfield Peers someone stating they're "soldiers" which can mean multitudes of things. One day I was going through things on a computer. I had been offered a Scholarship to FMCC in 6/1997 that expired and I still wanted my spot to look good on my Resume, and show honor that I had won that before. Some people showed on a computer and I was avoiding things about Mayfield and Other Students and Athletes there because I did something over the Summer to try to graduate somewhere else when fought before it. A person showed on the screen seeming female with shoulder length brown hair and I thought she was a Courtney. Not Mrs. Court from a Court Group in Fulton County or New York State and Byren Bellen charged towards me telling me I have to be Enemy of the State and to go after Mrs. Courtney. She was in a work suit and I wasn't going to look at her things and fight her. That was a terrible idea and not something I would do. I was in French Class, German Class, English Class, and PE. I do not know why I took the challenge to go to college locally when my car was old, is the only thing I could think of. After October and a asessment with Dr Pilkey for $40 I was harassed and pushed around the rest of the college year. Dr Pilkey told me it was my dream to sue the government and be seen in Police Academy and I don't remember his idea of how I would be paid for it. In 2010 Rebecca Insogna a Therapist took me to an Office of someone that looked like Mrs. Courtney and threw me on the floor nude and in chains. She demanded she didn't know me as though I made up things and took me underground insulting my family and harming me. I see now this may have been of the 1997 idea of someone which shows me they were in an act of Tyranny and wanted me to do it for them. Their idea of my size and health should not have led them to take charge of me and push me around